# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DION DARREN HALL,

      Plaintiff,

v.                                Case No. 15-CV-291

MILWAUKEE COUNTY JAIL
FACILITY AND STAFF,

      Defendants.

## ORDER

      Dion Darren Hall, who is currently incarcerated at the Kenosha County Detention Center, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated while he was incarcerated at the Milwaukee County Jail. On May 8, 2015, the court notified Hall that his complaint did not state a claim as filed. The court gave Hall the option of filing an amended complaint by June 8, 2015, to cure the shortcomings that the court identified in the complaint. In its order, the court informed Hall that, if he chose not to file an amended complaint on or before June 8, 2015, the court would dismiss his action.

Civil Local Rule 41(c) of the Eastern District of Wisconsin states, "Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. . . ." According to the court's records, Hall has chosen not to file an amended complaint, which indicates to the court that he no longer wishes to prosecute this action.

**THEREFORE, IT IS ORDERED THAT** this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. Judgment will be entered accordingly.

Dated at Milwaukee, Wisconsin this 19th day of June, 2015.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge